UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANN ABBO-BRADLEY, Individually and as Parent and Natural Guardian of DYLAN J. BRADLEY, TREVOR A. BRADLEY and CHASE Q. BRADLEY, Infants; ZACHARY and MELANIE HERR, Individually and as Parent and Natural Guardian of COLETON HERR and HEATHER HERR, Infants; NATHAN E. and ELENA KORSON, Individually and as Parent and Natural Guardian of LOGAN J. KORSON, an Infant,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF NIAGARA FALLS; NIAGARA FALLS WATER BOARD; GLENN SPRINGS HOLDINGS, INC.; CONESTOGA-ROVERS & ASSOCIATES; CECOS INTERNATIONAL, INC.; EDWARD S. ROBERTS; GROSS PHC LLC; KANDEY COMPANY, INC.; MILLER SPRINGS REMEDIATION MANAGEMENT, INC.; OCCIDENTAL PETROLEUM CORPORATION (HOOKER), Individually and as Successor in Interest to Hooker Chemicals and Plastics Corporation; OXY, INC., f/k/a OCCIDENTAL CHEMICAL CORPORATION, Individually and as Successor in Interest to Hooker Chemicals and Plastics Corporation; OP-TECH ENVIRONMENTAL SERVICES; ROY'S PLUMBING, INC.; SCOTT LAWN YARD, INC.; and SEVENSON ENVIRONMENTAL SERVICES, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:13-cv-00487<br><br>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

　　　　PLEASE TAKE NOTICE that, upon the First Amended Complaint, the annexed Affidavit of Kevin M. Hogan, sworn to on the 3rd day of June, 2013, and the exhibits attached thereto, the Memorandum of Law submitted herewith, and upon all the pleadings and

proceedings herein, the undersigned will move this Court, before the Hon. John T. Curtin, Senior District Judge, at the United States Courthouse, 2 Niagara Square, Buffalo, New York, on June _____, 2013, at ____ a.m./p.m., or as soon thereafter as counsel can be heard, for a preliminary injunction:

      1.     Enjoining plaintiffs and their attorneys from engaging in any environmental sampling in the neighborhood surrounding the Love Canal site, without providing Glenn Springs Holdings, Inc. ("GSH") (a) written notice at least 96 hours prior to any such environmental sampling, (b) contemporaneous access to such environmental sampling, and (c) an opportunity to take split samples of all such environmental samples; and

      2.     Granting GSH such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that GSH intends to serve reply papers.

Dated:     Buffalo, New York
            June 3, 2013

                        PHILLIPS LYTLE LLP

                        By    /s/ Kevin M. Hogan
                              Kevin M. Hogan
                              Scott T. Peloza
                    Attorneys for Glenn Springs Holdings, Inc.
                  3400 HSBC Center
                  Buffalo, New York 14203
                  Telephone No. (716) 847-8400

TO:  FANIZZI AND BARR
      Andrew D. Fanizzi
      Paul K. Barr
      2303 Pine Avenue
      Niagara Falls, New York 14301

Doc #01-2669180.1