UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOANN ABBO-BRADLEY, Individually and as Parent and Natural Guardian of DYLAN J. BRADLEY, TREVOR A. BRADLEY and CHASE Q. BRADLEY, Infants; ZACHARY and MELANIE HERR, Individually and as Parent and Natural Guardian of COLETON HERR and HEATHER HERR, Infants; NATHAN E. and ELENA KORSON, Individually and as Parent and Natural Guardian of LOGAN J. KORSON, an Infant,

Plaintiffs,

vs.

CITY OF NIAGARA FALLS; NIAGARA FALLS WATER BOARD; GLENN SPRINGS HOLDINGS, INC.; CONESTOGA-ROVERS & ASSOCIATES; CECOS INTERNATIONAL, INC.; EDWARD S. ROBERTS; GROSS PHC LLC; KANDEY COMPANY, INC.; MILLER SPRINGS REMEDIATION MANAGEMENT, INC.; OCCIDENTAL PETROLEUM CORPORATION (HOOKER), Individually and as Successor in Interest to Hooker Chemicals and Plastics Corporation; OXY, INC., f/k/a OCCIDENTAL CHEMICAL CORPORATION, Individually and as Successor in Interest to Hooker Chemicals and Plastics Corporation; OP-TECH ENVIRONMENTAL SERVICES; ROY'S PLUMBING, INC.; SCOTT LAWN YARD, INC.; and SEVENSON ENVIRONMENTAL SERVICES, INC.,

Defendants.

**NOTICE OF APPEAL**

Civil Action No. 13-cv-00487

Notice is hereby given that the above captioned Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the order of the United States District Court for the Western District of New York [dkt. 125], entered on the 18th day of July, 2013, enjoining Plaintiffs and their attorneys from conducting environmental sampling in the neighborhood

surrounding the Love Canal Landfill site without providing Defendant Glenn Springs Holdings, Inc. (and all other parties and relevant governmental agencies) written notice at least 96 hours prior to sampling, contemporaneous access, and an opportunity to take split samples.

PHILLIPS & PAOLICELLI, LLP

By /s/ Steven J. Phillips
Steven J. Phillips
William H. Mack
Melissa Stewart
*Attorneys for Plaintiffs*
380 Madison Avenue, 24th Floor
New York, New York
(212)388-5100

Dated: New York, New York
July 22, 2013